IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Walker, Monica | Case Number:  04 B 35583 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  6/26/07 | Filed:  9/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  June 22, 2007
Confirmed:  November 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 15,777.56 |  |
| Secured: |  | 12,978.49 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,994.00 |
| Trustee Fee: |  | 805.07 |
| Other Funds: |  | 0.00 |
| Totals: | 15,777.56 | 15,777.56 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Glenda J Gray | Administrative | 1,994.00 | 1,994.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 2,200.02 | 1,084.65 |
| 4. | Ford Motor Credit Corporation | Secured | 19,682.17 | 9,268.35 |
| 5. | South Commons | Secured | 2,058.06 | 1,014.65 |
| 6. | South Commons | Secured | 3,266.20 | 1,610.84 |
| 7. | Pier 1 Imports Inc | Unsecured | 51.44 | 0.00 |
| 8. | CFC Financial Corp | Unsecured | 33.22 | 0.00 |
| 9. | Ford Motor Credit Corporation | Unsecured | 121.69 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 2,238.59 | 0.00 |
| 11. | Volkswagon Credit | Unsecured | 416.17 | 0.00 |
| 12. | South Commons | Secured |  | No Claim Filed |
| 13. | Rush University | Unsecured |  | No Claim Filed |
| 14. | American General Finance | Unsecured |  | No Claim Filed |
| 15. | Verizon Ave | Unsecured |  | No Claim Filed |
| 16. | Northland Group Inc | Unsecured |  | No Claim Filed |
| 17. | Mulder Collison | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 32,061.56 | $ 14,972.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 190.23 |
| 4% | 78.04 |
| 3% | 39.01 |
| 5.5% | 249.02 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Walker, Monica

Printed: 6/26/07

Case Number: 04 B 35583
Judge: Goldgar, A. Benjamin
Filed: 9/24/04

```
               5%              86.12
             4.8%             126.94
             5.4%              35.71
                          _____
                          $ 805.07
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)